IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISON
No. 5:17-CV-459-BO

| | |
|---|---|
| PASCUAL LUCIANO TOMAS GASPAR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES MCCAMENT, *Acting Director, U.S.* ) <br> *Citizenship and Immigration Services*, ELAINE ) <br> DUKE, *Acting Secretary, U.S. Department of* ) <br> *Homeland Security*, and ROBERT M. COWAN, ) <br> *Director, U.S. Citizenship and Immigration* ) <br> *Services, Missouri Service Center*, ) <br> ) <br> Defendants. ) | O R D E R |

This cause comes before the Court on plaintiff's unopposed motion for a 30-day extension of time and motion to stay [DE 13]. For good cause shown, the motions are GRANTED. Plaintiff shall have 30 days from the date of entry of this order to properly serve the U.S. Attorney's Office for the Eastern District of North Carolina. Plaintiff's unopposed motion to stay the government's motion to dismiss [DE 11] is also granted. If service is properly effected on the U.S. Attorney's Office, that motion will be terminated as moot. If plaintiff does not properly serve the U.S. Attorney's Office within the 30-day window, the stay will be lifted and the Court will consider the government's motion. Plaintiff has also withdrawn his motion for default judgment. [DE 8]. Accordingly, plaintiff's unopposed motions [DE 13] are GRANTED.

SO ORDERED, this the ____ day of April, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE